UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

            - v. -                      :

CESAR ARZOLA, and                       :
LUIS ACOSTA,
                                        :
            Defendants.                 :

- - - - - - - - - - - - - - - - - - - - x

**ORDER**

07 Cr. 1100

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Todd Blanche;

        It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

        ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       December 10, 2007

                              _____
                              UNITED STATE MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

DEC 1 0 2007