UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,
           Plaintiff,

    -against-                          NOTICE OF APPEARANCE
                                            07 Cr 1100 (AKH)

CESAR ARZOLA
           Defendant.
-------------------------------------------------X

TO:   THE CLERK
        SOUTHERN DISTRICT OF NEW YORK

SIR:  You are hereby notified that I, together with co-counsel Gary Hill, Esq., appear for the Defendant CESAR ARZOLA in the above-captioned action.

We are appearing in this action as retained counsel. I was admitted to practice in this Court in October 1988. Gary Hill has previously been admitted to this Court *pro hac vice* and a renewed motion for admission *pro hac vice* forthwith.

I do hereby certify that I have filed or will file a certificate of good standing from the New York State Court, Second Department, pursuant to Criminal Rule 1 of the Local Rules for the Southern and Eastern Districts of New York.

Dated:  New York, New York
           January 15, 2008

| | |
|---|---|
| JOYCE C. LONDON, P.C.. | GARY JOEL HILL ESQ |
| Attorney for Defendant | Attorney for Defendant |
| CESAR ARZOLA | CESAR ARZOLA |
| 20 Vesey Street, Suite 400 | 801 North El Paso Street, Suite 200 |
| New York, New York 10007 | El Paso, Texas 79902 |
| (212) 964-3700 | (915) 544-9459 |
| jondonlaw@aol.com | garyhillatty@yahoo.com |

cc:   Honorable Alvin K. Hellerstein (By Hand)
       AUSA Todd Blanche (By Fax: 212: 637-2390)