UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

Cesar Arzola

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08

**ORDER**

07 Cr 1100
Docket #

_Alvin K. Hellerstein_, DISTRICT JUDGE:
    Judge's Name

The C.J.A. attorney assigned to this case
_Joyce London_ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to _Robert Soloway_.
                                    Attorney's Name

SO ORDERED.

_[signature]_
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
3/5/08